

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN I

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHARLES RICHARD RHINES,

Defendant.
_____/

Case: 1:22-cr-20305
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 06-15-2022
INDI USA v. Charles Rhines (tt)

Violations:
26 U.S.C. § 5861(e)

**INDICTMENT**

FILED
JUN 15 2022
U.S. DISTRICT COURT
FLINT, MICHIGAN

THE GRAND JURY CHARGES:

### COUNT ONE
**Unlawful Transfer of a Silencer**
**(26 U.S.C § 5861(e))**

On or about September 3, 2020, said date being approximate, in the Eastern District of Michigan, CHARLES RICHARD RHINES, defendant herein, knowingly and unlawfully transferred a firearm, to-wit: an unlicensed silencer, attached to a Thompson Center Arms Venture Model .308 caliber rifle, to A.L.H., in violation of Title 26, United States Code, Section 5861(e), that is, unlawful transfer of an unregistered firearm in violation of the National Firearms Act, in violation of Title 26, United States Code, Sections 5812, 5861(e), and 5871.

1

## FORFEITURE ALLEGATIONS
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Criminal Forfeiture

The allegations contained in Count One of this Indictment are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of the Title 18 offenses set forth in Count One of this Indictment, the convicted defendant shall forfeit to the United States any firearms and ammunition involved in or used in the knowing commission of the offenses, including but not limited to the Thompson Center Arms Venture Model .308 caliber rifle equipped with an unlicensed silencer, and any ammunition contained within the firearm.

THIS IS A TRUE BILL

s/*Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

2

s/*Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices


s/*J. Michael Buckley*
J. MICHAEL BUCKLEY
Assistant United States Attorney
Deputy Chief, Branch Office


Dated:      June 15, 2022

| Companion Case information MUST be completed by AUSA | | Case: 1:22-cr-20305 |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 06-15-2022<br>INDI USA v. Charles Rhines (tt) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete...

| **Companion Case Information** | | **Companion Case Number:** |
|---|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | | **Judge Assigned:** |
| ☐ Yes | X No | **AUSA's Initials:** JMB |

Case Title: USA v. Charles Richard Rhines

County where offense occurred: Bay County

FILED
JUN 15 2022
U.S. DISTRICT COURT
FLINT, MICHIGAN

Check One:   X Felony      ☐ Misdemeanor      ☐ Petty

    x   Indictment/_____ Information --- **no** prior complaint.
        Indictment/_____ Information --- based upon prior complaint [Case number:]
        Indictment/_____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

    ☐   Corrects errors; no additional charges or defendants.
    ☐   Involves, for plea purposes, different charges or adds counts.
    ☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

Date: June 15, 2022

s/J. Michael Buckley
J. Michael Buckley
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: Michael.buckley@usdoj.gov
Attorney Bar #:  P-36167

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.