UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 1:22-cr-20305

v.                                          Honorable Thomas L. Ludington
                                                    United States District Judge

CHARLES RICHARD RHINES,

                                                     Honorable Patricia T. Morris
       Defendant.                      United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING GUILTY PLEA, AND TAKING RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

Magistrate Judge Patricia T. Morris conducted a plea hearing upon Defendant Charles Richard Rhines's consent. ECF No. 20. On March 14, 2023, Judge Morris issued a report recommending that this Court accept Defendant's guilty plea. ECF No. 25.

Although Judge Morris said the Parties may object within 14 days of service, they have not filed any objections. They have therefore forfeited their right to appeal Judge Morris's findings that Defendant was competent to enter a plea and did so knowingly, voluntarily, and with a basis in fact. *See* FED. R. CRIM. P. 11(b); *Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

Accordingly, it is **ORDERED** that Judge Morris's Report and Recommendation, ECF No. 25, is **ADOPTED**.

Further, it is **ORDERED** that Defendant's guilty plea is **ACCEPTED**, and that the Rule 11 Plea Agreement, ECF No. 23, is **TAKEN UNDER ADVISEMENT**.

Dated: March 29, 2023                                        s/Thomas L. Ludington
                                                                       THOMAS L. LUDINGTON
                                                                       United States District Judge